# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Chandra Mary Bivens**         **BK NO. 21-01883 HWV**
      **Brian Thomas Bivens**

          **Debtor(s)**        **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

          Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
08 Sep 2021, 15:28:21, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322