# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Brian T Bivens                            | Personnel Number..... 00474852              |
| 404 Reservoir Rd                          | Transportation Pyrl Area 2                  |
| Mechanicsburg PA   17055                  | Pay Period.. 05/01/2021 - 05/14/2021        |
|                                           | Fed Tax Status: Single                      |
|                                           | Fed Tax Allowances: 00   Period: 11/2021    |
| B/U:A1    Group:04    Level:19            |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 05/28/2021 | 1,357.47 | = | 1,977.00 | + | 0.00 | - | 446.54 | - | 172.99 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.36 | 70.50 | 1,858.38 | 19,130.20 |
| Annual Leave Pay | 26.36 | 1.50 | 39.54 | 1,337.24 |
| Administrative Leave | 26.36 | 3.00 | 79.08 | 158.16 |
| Holiday/Comp lieu Holiday | | | | 773.40 |
| Total Gross | | | 1,977.00 | 21,399.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 199.94 | 2,132.36 |
| TX EE Social Security Tax | 119.51 | 1,293.57 |
| TX EE Medicare Tax | 27.95 | 302.53 |
| State            Pennsylvania | | |
| TX Withholding Tax | 59.18 | 640.50 |
| TX EE Unemployment Tax | 1.19 | 12.84 |
| Local            Harrisburg | | |
| TX Local Services Tax | 6.00 | 66.00 |
| Local            Upper Allen Township | | |
| TX Withholding Tax | 32.77 | 354.71 |
| EE Taxes | 446.54 | 4,802.51 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.43 | 535.01 |
| Full Cov Class AA/Cat 0 | 123.56 | 1,337.40 |
| Total Deductions | 172.99 | 1,872.41 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Brian T Bivens                          | Personnel Number..... 00474852              |
| 404 Reservoir Rd                        | Transportation Pyrl Area 2                  |
| Mechanicsburg PA   17055                | Pay Period.. 05/15/2021 - 05/28/2021        |
|                                         | Fed Tax Status: Single                      |
|                                         | Fed Tax Allowances: 00   Period: 12/2021    |
| B/U:A1      Group:04      Level:19      |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/11/2021 | 1,357.47 | = | 1,977.00 | + | 0.00 | − | 446.54 | − | 172.99 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.36 | 67.50 | 1,779.30 | 20,909.50 |
| Annual Leave Pay | 26.36 | 7.50 | 197.70 | 1,534.94 |
| Administrative Leave | | | | 158.16 |
| Holiday/Comp lieu Holiday | | | | 773.40 |
| Total Gross | | | 1,977.00 | 23,376.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 199.94 | 2,332.30 |
| TX EE Social Security Tax | 119.51 | 1,413.08 |
| TX EE Medicare Tax | 27.95 | 330.48 |
| State             Pennsylvania | | |
| TX Withholding Tax | 59.18 | 699.68 |
| TX EE Unemployment Tax | 1.19 | 14.03 |
| Local             Harrisburg | | |
| TX Local Services Tax | 6.00 | 72.00 |
| Local             Upper Allen Township | | |
| TX Withholding Tax | 32.77 | 387.48 |
| EE Taxes | 446.54 | 5,249.05 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.43 | 584.44 |
| Full Cov Class AA/Cat 0 | 123.56 | 1,460.96 |
| Total Deductions | 172.99 | 2,045.40 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Brian T Bivens                          | Personnel Number..... 00474852            |
| 404 Reservoir Rd                        | Transportation Pyrl Area 2                |
| Mechanicsburg PA   17055                | Pay Period.. 05/29/2021 - 06/11/2021      |
|                                         | Fed Tax Status: Single                    |
|                                         | Fed Tax Allowances: 00   Period: 13/2021  |
| B/U:A1    Group:04    Level:19          |                                           |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | 1,357.48 = | 1,977.00 | + | 0.00 | - | 446.53 | - | 172.99 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.36 | 60.00 | 1,581.60 | 22,491.10 |
| Annual Leave Pay | 26.36 | 7.50 | 197.70 | 1,732.64 |
| Administrative Leave | | | | 158.16 |
| Holiday/Comp lieu Holiday | 26.36 | 7.50 | 197.70 | 971.10 |
| Total Gross | | | 1,977.00 | 25,353.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 199.94 | 2,532.24 |
| TX EE Social Security Tax | 119.51 | 1,532.59 |
| TX EE Medicare Tax | 27.95 | 358.43 |
| State           Pennsylvania | | |
| TX Withholding Tax | 59.18 | 758.86 |
| TX EE Unemployment Tax | 1.18 | 15.21 |
| Local           Harrisburg | | |
| TX Local Services Tax | 6.00 | 78.00 |
| Local           Upper Allen Township | | |
| TX Withholding Tax | 32.77 | 420.25 |
| EE Taxes | 446.53 | 5,695.58 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.43 | 633.87 |
| Full Cov Class AA/Cat 0 | 123.56 | 1,584.52 |
| Total Deductions | 172.99 | 2,218.39 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Brian T Bivens                              |Personnel Number..... 00474852              |
|404 Reservoir Rd                            |Transportation Pyrl Area 2                  |
|Mechanicsburg PA   17055                    |Pay Period.. 06/12/2021 - 06/25/2021        |
|                                            |Fed Tax Status: Single                      |
|                                            |Fed Tax Allowances: 00    Period: 14/2021   |
|B/U:A1      Group:04      Level:19          |                                            |
|_____|_____|
| Pay Date       Payment Amount =      Gross    +     Reim.    -     Taxes    -    Deds. |
| 07/09/2021        1,357.47      =   1,977.00  +     0.00     -    446.54    -   172.99 |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.36 | 45.00 | 1,186.20 | 23,677.30 |
| Annual Leave Pay | 26.36 | 30.00 | 790.80 | 2,523.44 |
| Administrative Leave | | | | 158.16 |
| Holiday/Comp lieu Holiday | | | | 971.10 |
| Total Gross | | | 1,977.00 | 27,330.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 199.94 | 2,732.18 |
| TX EE Social Security Tax | 119.51 | 1,652.10 |
| TX EE Medicare Tax | 27.95 | 386.38 |
| State              Pennsylvania | | |
| TX Withholding Tax | 59.18 | 818.04 |
| TX EE Unemployment Tax | 1.19 | 16.40 |
| Local              Harrisburg | | |
| TX Local Services Tax | 6.00 | 84.00 |
| Local              Upper Allen Township | | |
| TX Withholding Tax | 32.77 | 453.02 |
| EE Taxes | 446.54 | 6,142.12 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.43 | 683.30 |
| Full Cov Class AA/Cat 0 | 123.56 | 1,708.08 |
| Total Deductions | 172.99 | 2,391.38 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Brian T Bivens                              | Personnel Number..... 00474852              |
| 404 Reservoir Rd                            | Transportation Pyrl Area 2                  |
| Mechanicsburg PA  17055                     | Pay Period.. 06/26/2021 - 07/09/2021        |
|                                             | Fed Tax Status: Single                      |
|                                             | Fed Tax Allowances: 00   Period: 15/2021    |
| B/U:A1     Group:04     Level:19            |                                             |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/2021 | 1,357.49 | = | 1,977.00 | + | 0.00 | − | 446.52 | − | 172.99 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.36 | 58.00 | 1,528.88 | 25,206.18 |
| Annual Leave Pay | 26.36 | 2.00 | 52.72 | 2,576.16 |
| Sick Leave Pay | 26.36 | 7.50 | 197.70 | 197.70 |
| Administrative Leave | | | | 158.16 |
| Holiday/Comp lieu Holiday | 26.36 | 7.50 | 197.70 | 1,168.80 |
| Total Gross | | | 1,977.00 | 29,307.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 199.94 | 2,932.12 |
| TX EE Social Security Tax | 119.50 | 1,771.60 |
| TX EE Medicare Tax | 27.95 | 414.33 |
| State            Pennsylvania | | |
| TX Withholding Tax | 59.18 | 877.22 |
| TX EE Unemployment Tax | 1.18 | 17.58 |
| Local            Harrisburg | | |
| TX Local Services Tax | 6.00 | 90.00 |
| Local            Upper Allen Township | | |
| TX Withholding Tax | 32.77 | 485.79 |
| EE Taxes | 446.52 | 6,588.64 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.43 | 732.73 |
| Full Cov Class AA/Cat 0 | 123.56 | 1,831.64 |
| Total Deductions | 172.99 | 2,564.37 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|