# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 05/01/2021 |
| Period End Date | 05/15/2021 |
| Pay Date | 05/21/2021 |
| Document | 44574 |
| Net Pay | $2,629.96 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Chandra M Bivens | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | | |
| 404 Reservoir Rd | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | | |
| Mechanicsburg, PA 17055 | Job | Area Manager | Region | AB - AB | | |
| USA | Pay Rate | $24.3981 | Department | D - D | | |
| | Pay Frequency | Semi-Monthly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $780.73 |
| Manager Bonus | | | $3,797.40 | $17,470.18 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,004.14 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $20,365.07 |

Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $189.87 | $1,930.81 | $0.00 | $0.00 |
| 401k Loan | No | $0.00 | $5,074.90 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.00 | $4.50 | $0.00 | $27.00 |
| Basic Life AD&D | Yes | $0.00 | $22.50 | $0.00 | $0.00 |
| LTD | No | $0.00 | $189.20 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,004.14 | $0.00 | $0.00 |
| Sup Life Emp | No | $0.00 | $26.20 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $94.94 | $965.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $501.47 | $4,276.93 |
| Employee Medicare | $55.07 | $588.67 |
| Social Security Employee Tax | $235.44 | $2,517.05 |
| PA State Income Tax | $116.58 | $1,184.83 |
| UPPER ALLEN | $64.56 | $656.10 |
| UPPER ALLEN TWP | $1.96 | $29.40 |
| MECHANICSBURG SD | $0.21 | $3.15 |
| PA Unemployment Employee | $2.28 | $24.39 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

| | | | | |
|---|---|---|---|---|
| No records found | | xxxxxx3633 | Checking | $2,629.96 |
| | | Total | | $2,629.96 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,797.40 | $3,607.53 | $977.57 | $189.87 | $2,629.96 |
| YTD | $40,620.12 | $38,666.81 | $9,280.52 | $9,252.25 | $22,087.35 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 05/01/2021 |
| Period End Date | 05/15/2021 |
| Pay Date | 05/21/2021 |
| Document | 44458 |
| Net Pay | $868.00 |

## Pay Details

| | | | |
|---|---|---|---|
| Chandra M Bivens | Employee Number 667825 | Pay Group H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN XXX-XX-2832 | Location CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job Area Manager | Region AB - AB | |
| USA | Pay Rate $24.3981 | Department D - D | |
| | Pay Frequency Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $780.73 |
| Manager Bonus | 0.0000 | $0.0000 | $0.00 | $13,672.78 |
| Per Earn of Veh | | | $653.20 | $2,004.14 |
| Regular Pay | 86.6700 | $24.3981 | $2,114.58 | $20,365.07 |

Total Hours 86.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $105.73 | $1,740.94 | $0.00 | $0.00 |
| 401k Loan | No | $507.49 | $5,074.90 | $0.00 | $0.00 |
| Basic Life AD&D | Yes | $2.25 | $22.50 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.45 | $4.50 | $2.70 | $27.00 |
| LTD | No | $18.92 | $189.20 | $0.00 | $0.00 |
| Per Earn of Veh | No | $653.20 | $2,004.14 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.62 | $26.20 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $52.86 | $870.42 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $292.97 | $3,775.46 |
| Employee Medicare | $40.10 | $533.60 |
| Social Security Employee Tax | $171.46 | $2,281.61 |
| PA State Income Tax | $64.85 | $1,068.25 |
| UPPER ALLEN | $35.91 | $591.54 |
| UPPER ALLEN TWP | $1.96 | $27.44 |
| MECHANICSBURG SD | $0.21 | $2.94 |
| PA Unemployment Employee | $1.66 | $22.11 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

| | | | |
|---|---|---|---|
| No records found | xxxxxx3633 | Checking | $868.00 |
| | Total | | $868.00 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,767.78 | $2,659.80 | $609.12 | $1,290.66 | $868.00 |
| YTD | $36,822.72 | $35,059.28 | $8,302.95 | $9,062.38 | $19,457.39 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 05/16/2021 |
| Period End Date | 05/31/2021 |
| Pay Date | 06/04/2021 |
| Document | 45253 |
| Net Pay | $867.99 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Chandra M Bivens | | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | |
| 404 Reservoir Rd | | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | | Job | Area Manager | Region | AB - AB | |
| USA | | Pay Rate | $24.3981 | Department | D - D | |
| | | Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $24.3981 | $195.18 | $975.91 |
| Manager Bonus | 0.0000 | $0.0000 | $0.00 | $17,470.18 |
| Per Earn of Veh | | | $653.20 | $2,657.34 |
| Regular Pay | 78.6700 | $24.3981 | $1,919.40 | $22,284.47 |

Total Hours 86.6700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $105.73 | $2,036.54 | $0.00 | $0.00 |
| 401k Loan | No | $507.49 | $5,582.39 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.45 | $4.95 | $2.70 | $29.70 |
| Basic Life AD&D | Yes | $2.25 | $24.75 | $0.00 | $0.00 |
| LTD | No | $18.92 | $208.12 | $0.00 | $0.00 |
| Per Earn of Veh | No | $653.20 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.62 | $28.82 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $52.86 | $1,018.22 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $292.97 | $4,569.90 |
| Employee Medicare | $40.10 | $628.77 |
| Social Security Employee Tax | $171.47 | $2,688.52 |
| PA State Income Tax | $64.85 | $1,249.68 |
| UPPER ALLEN | $35.91 | $692.01 |
| UPPER ALLEN TWP | $1.96 | $31.36 |
| MECHANICSBURG SD | $0.21 | $3.36 |
| PA Unemployment Employee | $1.66 | $26.05 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| No records found | xxxxxx3633 | Checking | $867.99 |
| | Total | | $867.99 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,767.78 | $2,659.80 | $609.13 | $1,290.66 | $867.99 |
| YTD | $43,387.90 | $41,326.61 | $9,889.65 | $10,542.91 | $22,955.34 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/01/2021 |
| Period End Date | 06/15/2021 |
| Pay Date | 06/21/2021 |
| Document | 45994 |
| Net Pay | $2,199.50 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Chandra M Bivens | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job | Area Manager | Region | AB - AB | |
| USA | Pay Rate | $24.3981 | Department | D - D | |
| | Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $975.91 |
| Manager Bonus | | | $3,098.81 | $20,568.99 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,657.34 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $24,008.68 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $390.37 |

Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $154.94 | $2,297.21 | $0.00 | $0.00 |
| 401k Loan | No | $0.00 | $6,089.88 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.00 | $5.40 | $0.00 | $32.40 |
| Basic Life AD&D | Yes | $0.00 | $27.00 | $0.00 | $0.00 |
| LTD | No | $0.00 | $227.04 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $0.00 | $31.44 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $77.47 | $1,148.55 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $355.46 | $5,095.11 |
| Employee Medicare | $44.94 | $704.33 |
| Social Security Employee Tax | $192.13 | $3,011.61 |
| PA State Income Tax | $95.13 | $1,409.66 |
| UPPER ALLEN | $52.68 | $780.60 |
| UPPER ALLEN TWP | $1.96 | $35.28 |
| MECHANICSBURG SD | $0.21 | $3.78 |
| PA Unemployment Employee | $1.86 | $29.18 |

## Paid Time Off

## Net Pay Distribution

PDF created with pdfFactory trial version www.pdffactory.com

| Plan | Taken | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| No records found | | | | xxxxxx3633 | Checking | $2,199.50 |
| | | | | Total | | $2,199.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,098.81 | $2,943.87 | $744.37 | $154.94 | $2,199.50 |
| YTD | $48,601.29 | $46,277.08 | $11,069.55 | $11,335.31 | $26,196.43 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/01/2021 |
| Period End Date | 06/15/2021 |
| Pay Date | 06/21/2021 |
| Document | 45876 |
| Net Pay | $1,041.59 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Chandra M Bivens | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job | Area Manager | Region | AB - AB | |
| USA | Pay Rate | $24.3981 | Department | D - D | |
| | Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $975.91 |
| Manager Bonus | 0.0000 | $0.0000 | $0.00 | $17,470.18 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,657.34 |
| Regular Pay | 70.6700 | $24.3981 | $1,724.21 | $24,008.68 |
| Vacation | 16.0000 | $24.3981 | $390.37 | $390.37 |

Total Hours  86.6700

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $105.73 | $2,142.27 | $0.00 | $0.00 |
| 401k Loan | No | $507.49 | $6,089.88 | $0.00 | $0.00 |
| Basic Life AD&D | Yes | $2.25 | $27.00 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.45 | $5.40 | $2.70 | $32.40 |
| LTD | No | $18.92 | $227.04 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.62 | $31.44 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $52.86 | $1,071.08 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $169.75 | $4,739.65 |
| Employee Medicare | $30.62 | $659.39 |
| Social Security Employee Tax | $130.96 | $2,819.48 |
| PA State Income Tax | $64.85 | $1,314.53 |
| UPPER ALLEN | $35.91 | $727.92 |
| UPPER ALLEN TWP | $1.96 | $33.32 |
| MECHANICSBURG SD | $0.21 | $3.57 |
| PA Unemployment Employee | $1.27 | $27.32 |

| Paid Time Off | Net Pay Distribution |
|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

| Plan | Taken | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| No records found | | | | xxxxxx3633 | Checking | $1,041.59 |
| | | | | Total | | $1,041.59 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,114.58 | $2,006.60 | $435.53 | $637.46 | $1,041.59 |
| YTD | $45,502.48 | $43,333.21 | $10,325.18 | $11,180.37 | $23,996.93 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/16/2021 |
| Period End Date | 06/30/2021 |
| Pay Date | 07/06/2021 |
| Document | 46673 |
| Net Pay | $1,041.58 |

## Pay Details

| | | | |
|---|---|---|---|
| Chandra M Bivens | Employee Number 667825 | Pay Group H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN XXX-XX-2832 | Location CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job Area Manager | Region AB - AB | |
| USA | Pay Rate $24.3981 | Department D - D | |
| | Pay Frequency Semi-Monthly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Holiday | 0.0000 | $0.0000 | $0.00 | $975.91 |
| Manager Bonus | 0.0000 | $0.0000 | $0.00 | $20,568.99 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,657.34 |
| Regular Pay | 78.6700 | $24.3981 | $1,919.40 | $25,928.08 |
| Vacation | 8.0000 | $24.3981 | $195.18 | $585.55 |

Total Hours 86.6700

## Deductions

| | | Employee | | Employer | |
|---|---|---:|---:|---:|---:|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $105.73 | $2,402.94 | $0.00 | $0.00 |
| 401k Loan | No | $507.49 | $6,597.37 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.45 | $5.85 | $2.70 | $35.10 |
| Basic Life AD&D | Yes | $2.25 | $29.25 | $0.00 | $0.00 |
| LTD | No | $18.92 | $245.96 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.62 | $34.06 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $52.86 | $1,201.41 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $169.75 | $5,264.86 |
| Employee Medicare | $30.63 | $734.96 |
| Social Security Employee Tax | $130.96 | $3,142.57 |
| PA State Income Tax | $64.85 | $1,474.51 |
| UPPER ALLEN | $35.91 | $816.51 |
| UPPER ALLEN TWP | $1.96 | $37.24 |
| MECHANICSBURG SD | $0.21 | $3.99 |
| PA Unemployment Employee | $1.27 | $30.45 |

| Paid Time Off | Net Pay Distribution |
|---|---|

PDF created with pdfFactory trial version www.pdffactory.com

| Plan | Taken | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| No records found | | | | xxxxxx3633 | Checking | $1,041.58 |
| | | | | Total | | $1,041.58 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,114.58 | $2,006.60 | $435.54 | $637.46 | $1,041.58 |
| YTD | $50,715.87 | $48,283.68 | $11,505.09 | $11,972.77 | $27,238.01 |

PDF created with pdfFactory trial version www.pdffactory.com

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 07/01/2021 |
| Period End Date | 07/15/2021 |
| Pay Date | 07/21/2021 |
| Document | 47380 |
| Net Pay | $1,094.94 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Chandra M Bivens | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job | Area Manager | Region | AB - AB | |
| USA | Pay Rate | $24.3981 | Department | D - D | |
| | Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,171.09 |
| Manager Bonus | | | $1,442.74 | $22,011.73 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,657.34 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $27,847.48 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $585.55 |

Total Hours 0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $72.14 | $2,580.81 | $0.00 | $0.00 |
| 401k Loan | No | $0.00 | $7,104.86 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.00 | $6.30 | $0.00 | $37.80 |
| Basic Life AD&D | Yes | $0.00 | $31.50 | $0.00 | $0.00 |
| LTD | No | $0.00 | $264.88 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $0.00 | $36.68 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $36.07 | $1,290.34 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $93.43 | $5,528.04 |
| Employee Medicare | $20.92 | $786.50 |
| Social Security Employee Tax | $89.45 | $3,362.98 |
| PA State Income Tax | $44.29 | $1,583.65 |
| UPPER ALLEN | $24.53 | $876.95 |
| UPPER ALLEN TWP | $1.96 | $41.16 |
| MECHANICSBURG SD | $0.21 | $4.41 |
| PA Unemployment Employee | $0.87 | $32.59 |

## Paid Time Off

## Net Pay Distribution

PDF created with pdfFactory trial version www.pdffactory.com

| Plan | Taken | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| No records found | | | | xxxxxx3633 | Checking | $1,094.94 |
| | | | | Total | | $1,094.94 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,442.74 | $1,370.60 | $275.66 | $72.14 | $1,094.94 |
| YTD | $54,273.19 | $51,660.88 | $12,216.28 | $12,682.37 | $29,374.54 |

# Pay Statement



Custard Insurance Adjusters Inc
4875 Avalon Ridge Parkway
Peachtree Corners, GA 30071
770-263-6800

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 07/01/2021 |
| Period End Date | 07/15/2021 |
| Pay Date | 07/21/2021 |
| Document | 47268 |
| Net Pay | $1,041.59 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Chandra M Bivens | Employee Number | 667825 | Pay Group | H16 Semi-Monthly | |
| 404 Reservoir Rd | SSN | XXX-XX-2832 | Location | CHANDRA BIVENS PA | |
| Mechanicsburg, PA 17055 | Job | Area Manager | Region | AB - AB | |
| USA | Pay Rate | $24.3981 | Department | D - D | |
| | Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 8.0000 | $24.3981 | $195.18 | $1,171.09 |
| Manager Bonus | 0.0000 | $0.0000 | $0.00 | $20,568.99 |
| Per Earn of Veh | 0.0000 | $0.0000 | $0.00 | $2,657.34 |
| Regular Pay | 78.6700 | $24.3981 | $1,919.40 | $27,847.48 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $585.55 |

Total Hours 86.6700

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K | Yes | $105.73 | $2,508.67 | $0.00 | $0.00 |
| 401k Loan | No | $507.49 | $7,104.86 | $0.00 | $0.00 |
| Basic Life AD&D | Yes | $2.25 | $31.50 | $0.00 | $0.00 |
| Basic Life AD&D | No | $0.45 | $6.30 | $2.70 | $37.80 |
| LTD | No | $18.92 | $264.88 | $0.00 | $0.00 |
| Per Earn of Veh | No | $0.00 | $2,657.34 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.62 | $36.68 | $0.00 | $0.00 |
| 401K ER Match | No | $0.00 | $0.00 | $52.86 | $1,254.27 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $169.75 | $5,434.61 |
| Employee Medicare | $30.62 | $765.58 |
| Social Security Employee Tax | $130.96 | $3,273.53 |
| PA State Income Tax | $64.85 | $1,539.36 |
| UPPER ALLEN | $35.91 | $852.42 |
| UPPER ALLEN TWP | $1.96 | $39.20 |
| MECHANICSBURG SD | $0.21 | $4.20 |
| PA Unemployment Employee | $1.27 | $31.72 |

## Paid Time Off

## Net Pay Distribution

PDF created with pdfFactory trial version www.pdffactory.com

| Plan | Taken | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| No records found | | | | xxxxxx3633 | Checking | $1,041.59 |
| | | | | Total | | $1,041.59 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,114.58 | $2,006.60 | $435.53 | $637.46 | $1,041.59 |
| YTD | $52,830.45 | $50,290.28 | $11,940.62 | $12,610.23 | $28,279.60 |

PDF created with pdfFactory trial version www.pdffactory.com