UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN THOMAS BIVENS
CHANDRA MARY BIVENS

CASE NO: 21-01883

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/12/2022, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    CASE NO: 21-01883

BRIAN THOMAS BIVENS                       **CERTIFICATE OF SERVICE**
CHANDRA MARY BIVENS                       **DECLARATION OF MAILING**

                                          Chapter: 13

On 5/12/2022, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2022


Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01883
MIDDLE DISTRICT OF PENNSYLVANIA
THU MAY 12 10-11-28 PST 2022

EXCLUDE
(U)AMERIHOME MORTGAGE COMPANY  LLC

EXCLUDE
US BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT ST  RM 320
HARRISBURG  PA 17101-1737

AMERIHOME MORTGAGE
1 BAXTER WAY
SUITE 300
THOUSAND OAKS  CA 91362-3888

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

(P)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

COMENITYCAPITALCEASEARS
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

DISCOVER PERSONAL LOANS
ATTN BANKRUPTCY
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

DISCOVER PERSONAL LOANS
PO BOX 30954
SALT LAKE CITY  UT 84130-0954

(P)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3129
OMAHA NE 68102-1593

FIRST NATIONAL BANK OF OMAHA
CO BQ  ASSOCIATES  PC  LLO
14211 ARBOR STREET  SUITE 100
OMAHA  NE 68144-2312

FREEDOM PLUS
ATTN BANKRUPTCY
PO BOX 2340
PHOENIX  AZ 85002

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LENDCLUB BNK
ATTN BANKRUPTCY
595 MARKET STREET  SUITE 200
SAN FRANCISCO  CA 94105-2802

LENDINGCLUB
595 MARKET STREET
SUITE 200
SAN FRANCISCO  CA 94105-2807

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
SECTION  STRA
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND  WA  98083-0788

(P)U S  DEPARTMENT OF JUSTICE TAX
DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

UPSTART
UPSTART OPERATIONS ATTNBANKRUPTCY
PO BOX 1503
SAN CARLOS  CA 94070-7503

EXCLUDE
BRIAN THOMAS DIVENS
404 RESERVOIR RD
MECHANICSBURG  PA 17055-6146

EXCLUDE
CHANDRA MARY DIVENS
404 RESERVOIR RD
MECHANICSBURG  PA 17055-6146

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
2023 N 2ND ST
HARRISBURG PA 17102 2151

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

Chandra Mary Bivens
404 Reservoir Rd.
Mechanicsburg, PA 17055
(Debtor 2)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

Brian Thomas Bivens
404 Reservoir Rd.
Mechanicsburg, PA 17055
(Debtor 1)
represented by:
John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102

jmh@johnhyamslaw.com

(Creditor)
AmeriHome Mortgage Company, LLC
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com