| | |
|---|---|
| Fill in this information to identify the Fill in this information to identify the case: | |
| Debtor 1    Chandra Mary Bivens | |
| Debtor 2    Brian Thomas Bivens | |
| Debtor 2 | |
| United States Bankruptcy Court for the MIDDLE District of Pennsylvania | |
| Case number    21-01883 HWV | |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** AmeriHome Mortgage Company, LLC     **Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8320

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2023

**New total payment:**     $1348.34
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $537.72     New escrow payment: $ 591.50

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____     New mortgage payment: $_____

Case 1:21-bk-01883-HWV    Doc    Filed 12/06/22    Entered 12/06/22 15:26:33    Desc
Document ID: 2ee78e52d08e98900f420a291b763c4bd549cc91e5f247af3af0679a64169a2e
Main Document     Page 1 of 2

| Debtor(s) | <u>Chandra Mary Bivens, Brian Thomas Bivens</u> | Case number (*if known*) <u>21-01883 HWV</u> |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
Signature
Print: Michael Farrington
05 Dec 2022, 14:19:13, EST

Date  12/05/2022

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>   <u>Market Street, Suite 5000</u>
         Number      Street
         Philadelphia,                     PA    19106
         City                              State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com