IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chandra Mary Bivens<br>Brian Thomas Bivens<br>                        Debtor(s)<br><br>AmeriHome Mortgage Company, LLC<br>                        Movant<br>         vs.<br><br>Chandra Mary Bivens<br>Brian Thomas Bivens<br>                        Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                        Trustee | BK NO. 21-01883 HWV<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 6, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Chandra Mary Bivens
404 Reservoir Road
Mechanicsburg, PA 17055

Brian Thomas Bivens
404 Reservoir Road
Mechanicsburg, PA 17055

Attorney for Debtor(s)
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: December 6, 2022

                                          **/s/Michael P. Farrington Esq.**
                                          Michael P. Farrington Esq.
                                          Attorney I.D. 329636
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          (215) 825-6488
                                          mfarrington@kmllawgroup.com